SCWC-14-0001125

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

PEAK CAPITAL GROUP, LLC,
Respondent/Plaintiff-Appellee,

vs.

CHRISTOPHER HULL PEREZ, JENNIFER HULL PEREZ,
Defendants/Appellees,

and

LINDA WILCOX ROBINSON,
Petitioner/Real-Party-In-Interest/Appellant,

and

CINDY A. PEDRO,
Real-Party-In-Interest.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001125; CIVIL NO. 09-1-2899)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Real-Party-In-Interest/Appellant Linda
Wilcox Robinson's application for writ of certiorari filed on
June 20, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be
held, subject to further order of this court. Any party may,
within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules

of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawai'i, August 3, 2016.

Linda Wilcox Robinson
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2